## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Mark Gomez

                      Plaintiff,

v.                                            Case No.: 1:19−cv−04347

                                                       Honorable Matthew F. Kennelly

Takeda Pharmaceutical Company Limited, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 4, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: Rule 16(b) status hearing held with attorneys for both sides. Status hearing is continued to 1/7/2020 at 9:00 a.m. The parties are directed to file a joint status report with proposed pretrial procedures and a schedule by 1/3/2020. Motion for reassignments [17] [18] are denied without prejudice. The Court will ask the Executive Committee to create an Internal Operating Procedure 13(e) reassignment. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.